03-15-00294-CV



## 353RD DISTRICT COURT

**Filed in The District Court of Travis County, Texas**

MAY 12 2015

At _____ 10:9 ᴘ.ᴍ.

**Velva L. Price, District Clerk**

**TIM SULAK**
Judge
(512) 854-9380

**MEGAN HONEY JOHNSON**
Staff Attorney
(512) 854-4281

**PAMELA SEGER**
Court Operations Officer
(512) 854-9179

HEMAN MARION SWEATT TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-9332

**RHONDA WATSON**
Official Court Reporter
(512) 854-9356

**ELIZABETH GARCIA**
Court Clerk
(512) 854-5852

May 12, 2015

RECEIVED

MAY 14 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

*Via E-Mail*

Jennifer Powell (jpowell@edlaw.com)
Gary Bledsoe (garybledsoe@sbcglobal.net)

Re: Cause No. D-1-GN-13-000241; *Deydra Steans v. Manor Independent School District;* In the 200th Judicial District, Travis County, Texas

004023602

Dear Counsel:

After carefully considering Defendant's Plea to the Jurisdiction and Motion for Summary Judgment, the Court rules as follows.

1. Defendant's plea to the jurisdiction and summary judgment as to Plaintiff's claims regarding the girls' athletic program are GRANTED.

2. Defendant's plea to the jurisdiction and summary judgment as to Plaintiff's claims regarding her personal harm under Chapter 21 are DENIED, with the exception of Defendant's plea to the jurisdiction on Plaintiff's purported Chapter 21 claims regarding disparate treatment of herself and boys vs. girls sports coaches based on immunity, which is GRANTED.

3. Defendant's plea to the jurisdiction on Plaintiff's claim for free speech retaliation is GRANTED.

4. Defendant's plea to the jurisdiction as to Plaintiff's common law claims regarding preemption is GRANTED.

5. Defendant's plea to the jurisdiction on Plaintiff's claim for exemplary damages is GRANTED.

6. All other requested relief is DENIED.

Cause No. D-1-GN-13-000241
May 12, 2015
Page 2

        If the parties desire an Order reflecting the above rulings, the Court requests that counsel for Defendant draft an Order reflecting these rulings and circulate it to opposing counsel for agreement as to form. Please e-mail the proposed Order to my staff attorney at Megan.Honey@traviscountytx.gov.

        Please let me know if you have any questions or need any further clarification as to the Court's ruling. Thank you for your cooperation and patience in awaiting this ruling.


                        Sincerely,



                        Judge Tim Sulak
                        353rd Judicial District Court


xc:  Ms. Velva L. Price, District Clerk